**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

NOV 1 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GABRIEL ARMENDARIZ,

          Plaintiff-Appellant,

  v.

JEFF AURICCHIO,

          Defendant-Appellee.

No.   17-15752

D.C. No. 2:15-cv-01890-SRB

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Susan R. Bolton, District Judge, Presiding

Submitted October 23, 2017[**]

Before:    LEAVY, WATFORD, and FRIEDLAND, Circuit Judges.

Gabriel Armendariz appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging false arrest. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

---

    [*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    [**]      The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Because Armendariz failed to raise any arguments regarding the basis for the district court's grant of summary judgment, he has waived any such challenge on appeal. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant . . . .").

We do not consider arguments or allegations raised for the first time on appeal. *See Smith*, 194 F.3d at 1052 ("As a general rule, we will not consider arguments that are raised for the first time on appeal.").

**AFFIRMED.**